The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. R. SIMPLOT COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON POTATO COMPANY;<br>OREGON POTATO COMPANY;<br>FRANK TIEGS; and DOES 1<br>THROUGH 10,<br><br>    Defendants. | No. 2:16-cv-01851<br><br>**ORDER GRANTING PLAINTIFF J. R. SIMPLOT COMPANY'S MOTION FOR LEAVE TO FILE OVER-LENGTH LCR 37(a)(2) JOINT MOTION** |

THIS MATTER came before the Court on Plaintiff J. R. Simplot Company's Motion for Leave to File Over-Length LCR 37(a)(2) Joint Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file an LCR 37(a)(2) joint motion not to exceed 34 pages in aggregate.

DATED March 20, 2017

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF J. R. SIMPLOT COMPANY'S MOTION FOR LEAVE TO FILE OVER-LENGTH LCR 37(a)(2) JOINT MOTION
No. 2:16-cv-01851-RSM - Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

*Presented by:*

**YARMUTH WILSDON PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone:  206.516.3800
Fax:  206.516.3888
Email: jroller@yarmuth.com


**THOMPSON COBURN LLP**

Robert H. Lang
Kimberly M. Bousquet
Renato Mariotti
Patrick Morales-Doyle
Ryan Gehbauer
(admitted *pro hac vice*)
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Phone:  312.580.2242
Fax:  312.580.2201
Email:rhlang@thompsoncoburn.com
kbousquet@thompsoncoburn.com
rmariotti@thompsoncoburn.com
pmoralesdoyle@thompsoncoburn.com
rgehbauer@thompsoncoburn.com

*Attorneys for Plaintiff J. R. Simplot Company*

ORDER GRANTING PLAINTIFF J. R. SIMPLOT COMPANY'S MOTION FOR LEAVE TO FILE OVER-LENGTH LCR 37(a)(2) JOINT MOTION
No. 2:16-cv-01851-RSM - Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888