UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. R. SIMPLOT COMPANY,<br><br>Plaintiff,<br>vs.<br>WASHINGTON POTATO COMPANY;<br>OREGON POTATO COMPANY;<br>FRANK TIEGS; and DOES<br>1 THROUGH 10,<br><br>Defendants. | No. 2:16-cv-01851-RSM<br><br>**STIPULATION AND ORDER REGARDING ENTRY OF JUDGMENT** |

Plaintiff J. R. Simplot Company ("Plaintiff" or "Simplot") and defendants Washington Potato Company ("WPC"), Oregon Potato Company, ("OPC"), and Frank Tiegs ("Tiegs") (WPC, OPC, and Tiegs, collectively, "Defendants") stipulate and agree as follows:

On April 14, 2017, this Court granted Defendants' Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction (Dkt. No. 49). *See* Order Granting Defendants' Motion to Dismiss (Dkt. No. 110). The Clerk of the Court did not enter a judgment in this matter. Plaintiff and Defendants request that the Court direct the Clerk of the Court to enter a judgment in this case.

STIPULATION AND ORDER REGARDING ENTRY OF JUDGMENT
No. 2:16-cv-01851-RSM – Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

**YARMUTH WILSDON PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA # 32021
Diana S. Breaux, WSBA # 46112
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: jroller@yarmuth.com
dbreaux@yarmuth.com

**THOMPSON COBURN LLP**

By: */s/ Lawrence C. Friedman*
Lawrence C. Friedman (admitted *pro hac vice*)
Robert H. Lang (admitted *pro hac vice*)
One US Bank Plaza
St. Louis, MO 63101-1693
Phone: 314.552.6000
Fax: 314.552.7000
Email: lfriedman@thompsoncoburn.com
rhlang@thompsoncoburn.com

*Attorneys for Plaintiff J. R. Simplot Company*

**DAVIS WRIGHT TREMAINE LLP**

By: */s/Brad Fisher*
Brad Fisher, WSBA # 19895
Jaime Drozd Allen, WSBA # 35742
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Phone: 206.722.3150
Fax: 206.757.7700
Email: bradfisher@dwt.com
jaimeallen@dwt.com

*Attorneys for Defendants Washington Potato Company, Oregon Potato Company, and Frank Tiegs*

## ORDER

IT IS SO ORDERED. The Clerk of the Court is directed to enter a judgment in this case.

Dated: February 21, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING ENTRY OF JUDGMENT
No. 2:16-cv-01851-RSM – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888